An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

MARSHALL BURGESS, JR.,
Appellant,
vs.
GABRELLIE BARRY; AND CARA J.
BARRY,
Respondents.

No. 61961

**FILED**

APR 0 5 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

On January 29, 2013, this court directed appellant to properly serve his civil proper person appeal statement on respondents and gave him until February 13, 2013, to file a properly completed certificate of service in this court. Our January 29 order further cautioned appellant that his failure to comply with this court's directive would result in the dismissal of this appeal. To date, appellant has failed to comply with this directive. Accordingly, we dismiss this appeal as abandoned.

It is so ORDERED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:    Hon. Janet J. Berry, District Judge
       Marshall Burgess, Jr.
       Cara J. Barry
       Gabrellie Barry
       Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-09997